# EXHIBITS TO COMPLAINT