# EXHIBIT 3

**Registration #:** TXu002503589
**Service Request #:** 1-14903793658

## Mail Certificate

Fross Zelnick Lehrman & Zissu, P.C.
Craig S. Mende
151 West 42nd Street, 17th Floor
New York, NY 10036 United States

**Priority:** Special Handling     **Application Date:** April 10, 2025

## Correspondent

**Organization Name:** Fross Zelnick Lehrman & Zissu, P.C.
**Name:** Craig S. Mende
**Email:** uscopyright@fzlz.com
**Telephone:** (212)813-5954
**Alt. Telephone:** (212)813-5900
**Address:** 151 West 42nd Street, 17th Floor
New York, NY 10036 United States

**Registration Number**

# TXu 2-503-589

**Effective Date of Registration:**
April 14, 2025
**Registration Decision Date:**
August 15, 2025

## Title

| | |
|---|---|
| **Title of Work:** | Britannica Website - Biography - as of March 17, 2025 |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2025 |

## Author

| | |
|---|---|
| • **Author:** | Encyclopaedia Britannica, Inc. |
| **Author Created:** | text, photograph(s), Compilation of text and photographs. |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Encyclopaedia Britannica, Inc. |
| | 325 N. LaSalle Street, Suite 200, Chicago, IL, 60654, United States |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | Some licensed third party photographs, some text and 2D artwork |
| **New material included in claim:** | text, photograph(s), Compilation of text and photographs. |

## Certification

| | |
|---|---|
| **Name:** | Craig Mende |
| **Date**: | April 10, 2025 |
| **Applicant's Tracking Number**: | ENCB 2503986 |

| | |
|---|---|
| **Correspondence:** | Yes |
| **Copyright Office notes:** | Regarding special handling request: Claim upgraded for special handling per |

request received on June 27, 2025 due to prospective litigation.