# EXHIBIT 9

**Registration #:** TXu002503567
**Service Request #:** 1-14903793806

## Mail Certificate

Fross Zelnick Lehrman & Zissu, P.C.
Craig S. Mende
151 West 42nd Street, 17th Floor
New York, NY 10036 United States

**Priority:** Special Handling   **Application Date:** April 10, 2025

## Correspondent

**Organization Name:** Fross Zelnick Lehrman & Zissu, P.C.
**Name:** Craig S. Mende
**Email:** uscopyright@fzlz.com
**Telephone:** (212)813-5954
**Alt. Telephone:** (212)813-5900
**Address:** 151 West 42nd Street, 17th Floor
New York, NY 10036 United States

**Registration Number**
# TXu 2-503-567
**Effective Date of Registration:**
April 14, 2025
**Registration Decision Date:**
August 15, 2025

## Title

**Title of Work:** Britannica Website - Science - as of March 17, 2025

## Completion/Publication

**Year of Completion:** 2025

## Author

- **Author:** Encyclopaedia Britannica, Inc.
  **Author Created:** text, photograph(s), Compilation of text and photographs.
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Encyclopaedia Britannica, Inc.
325 N. LaSalle Street, Suite 200, Chicago, IL, 60654, United States

## Limitation of copyright claim

**Material excluded from this claim:** Some licensed third party photographs, some text and 2D artwork

**New material included in claim:** text, photograph(s), Compilation of text and photographs.

## Certification

**Name:** Craig Mende
**Date:** April 10, 2025
**Applicant's Tracking Number:** ENCB 2503986

---

**Correspondence:** Yes
**Copyright Office notes:** Regarding special handling request: Claim upgraded for special handling per

request received on June 27, 2025 due to prospective litigation.