# EXHIBIT 10

**Registration #:** TXu002503601
**Service Request #:** 1-14903793849

## Mail Certificate

Fross Zelnick Lehrman & Zissu, P.C.
Craig S. Mende
151 West 42nd Street, 17th Floor
New York, NY 10036 United States

**Priority:** Special Handling      **Application Date:** April 10, 2025

## Correspondent

**Organization Name:** Fross Zelnick Lehrman & Zissu, P.C.
**Name:** Craig S. Mende
**Email:** uscopyright@fzlz.com
**Telephone:** (212)813-5954
**Alt. Telephone:** (212)813-5900
**Address:** 151 West 42nd Street, 17th Floor
New York, NY 10036 United States

**Registration Number**
# TXu 2-503-601
**Effective Date of Registration:**
April 14, 2025
**Registration Decision Date:**
August 15, 2025

## Title

    **Title of Work:** Britannica Website - Sports - as of March 17, 2025

## Completion/Publication

    **Year of Completion:** 2025

## Author

-     **Author:** Encyclopaedia Britannica, Inc.
    **Author Created:** text, photograph(s), Compilation of text and photographs.
    **Work made for hire:** Yes
    **Domiciled in:** United States

## Copyright Claimant

    **Copyright Claimant:** Encyclopaedia Britannica, Inc.
    325 N. LaSalle Street, Suite 200, Chicago, IL, 60654, United States

## Limitation of copyright claim

    **Material excluded from this claim:** Some licensed third party photographs, some text and 2D artwork

    **New material included in claim:** text, photograph(s), Compilation of text and photographs.

## Certification

    **Name:** Craig Mende
    **Date:** April 10, 2025
    **Applicant's Tracking Number:** ENCB 2503986

---

    **Correspondence:** Yes
    **Copyright Office notes:** Regarding special handling request: Claim upgraded for special handling per

request received on June 27, 2025 due to prospective litigation.