# EXHIBIT 14

**Registration #:** TXu002525852  
**Service Request #:** 1-15050790901

## Mail Certificate

Fross Zelnick Lehrman & Zissu, P.C.  
Craig S. Mende  
151 West 42nd Street, 17th Floor  
New York, NY 10036 United States

**Priority:** Special Handling **Application Date:** December 03, 2025

**Note to C.O.:** Similar to previously registered Applicant websites (e.g. Registration No. TX 2-503-544) for Brittanica Website - Animals, this is a collective work. Per Section 509.2 of the Compendium (3rd) where, as here, the owner of each contribution to the compilation is the same as the owner of the collective work, a registration for the compilation will cover not only the original selection of the articles but also the articles themselves provided that they have not been "previously published or previously registered, and provided they are not in the public domain."

## Correspondent

**Organization Name:** Fross Zelnick Lehrman & Zissu, P.C.  
**Name:** Craig S. Mende  
**Email:** uscopyright@fzlz.com  
**Telephone:** (212)813-5954  
**Alt. Telephone:** (212)813-5900  
**Address:** 151 West 42nd Street, 17th Floor  
New York, NY 10036 United States

Registration Number

# TXu 2-525-852

**Effective Date of Registration:**
December 10, 2025
**Registration Decision Date:**
February 11, 2026

## Title

Title of Work: Britannica Website - Lists and Stories - as of September 8, 2025

## Completion/Publication

Year of Completion: 2025

## Author

- Author: Encyclopaedia Britannica, Inc.
Author Created: text, photograph(s), Compilation of text and photographs.
Work made for hire: Yes
Domiciled in: United States

## Copyright Claimant

Copyright Claimant: Encyclopaedia Britannica, Inc.
325 N. LaSalle Street, Suite 200, Chicago, IL, 60654, United States

## Limitation of copyright claim

Material excluded from this claim: Some licensed third party photographs, some text, photographs, and 2D artwork.

New material included in claim: text, photograph(s), Compilation of text and photographs.

## Certification

Name: Craig S. Mende
Date: December 03, 2025
Applicant's Tracking Number: ENCB 2503986

Correspondence: Yes

Page 1 of 1