# EXHIBIT 15



**The Library has opened access to some reading rooms by appointment only. More. The Jefferson Building has reopened to visitors via timed, ticketed entry. More.**



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = Merriam-Webster
Search Results: Displaying 43 of 439 entries

*Merriam-Webster's collegiate dictionary.*

**Type of Work:** Text
**Registration Number / Date:** TX0006320515 / 2006-02-10
**Title:** Merriam-Webster's collegiate dictionary.
**Edition:** 11th ed.
**Imprint:** Springfield, MA : Merriam-Webster, c2006.
**Description:** 1622 p.
**Copyright Claimant:** Merriam-Webster, Inc.
**Date of Creation:** 2006
**Date of Publication:** 2006-01-25
**Previous Registration:** Prev. reg. 2005, TX 6-155-751.
**Basis of Claim:** New Matter: revisions & additions.
**Names:** Merriam-Webster, Inc.





Help   Search   History   Titles   Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |  Copyright Office Home Page  |  Library of Congress Home Page